UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L & LEUNG HANDBAGS MFY., LTD.,

Plaintiff,

-v-

STONE MOUNTAIN ACCESSORIES, INC.,
et al.,

Defendant.

Case No. 07 CV 10395 (RJS)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Stone Mountain Accessories, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: December 13, 2007

Signature of Attorney

Attorney Bar Code: DS-5636