UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
L & LEUNG HANDBAGS MFY., LTD.,

                         Plaintiff,

        -against-

STONE MOUNTAIN ACCESSORIES, INC., and
STONE MOUNTAIN ACCESSORIES, INC., d/b/a
STONE MOUNTAIN HANDBAGS,

                         Defendants.
------------------------------------------------------------------X

Case No.: 07 CV 10395 (RJS)

**JURY DEMAND**

PLEASE TAKE NOTICE, that pursuant to F.R.C.P. 38, defendants hereby demand a trial by jury.

Dated:    New York, New York
            December 18, 2007

Respectfully submitted,

SILVERBERG STONEHILL
GOLDSMITH & HABER, P.C.
Attorneys for Defendants

By: ___/s/ David F. Segal___
      David F. Segal (DS 5636)
111 West 40th Street
New York, New York 10016
(212) 730-1900

TO:
PAUL E. LOOMIE, ESQ.
Attorney for Plaintiff
450 Seventh Avenue – Suite 2304
New York, New York 10001
(212) 268-9582

Q:\lsapir\Stone Mountain Accessories, Inc\Leung\Jury Demand - 12.18.07.doc