**PAUL E. LOOMIE**
ATTORNEY AND COUNSELOR AT LAW
450 SEVENTH AVENUE
SUITE 2304
NEW YORK N.Y. 10001
TELEPHONE (212) 268-9582

February 8, 2008
Via E-Mail

Chambers
Hon. Richard J. Sullivan, U.S. District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, room 615
New York NY 10007
Attn: Eileen Levine, Case manager

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/08

RE: L & Leung Handbags Mfy, Ltd.
vs. Stone Mountain Accessories Inc., Et Al
Case # 07-CV-010395(RJS)

Dear Judge Sullivan:

    I am the attorney representing the plaintiff in the above-referenced matter. On behalf of counsel for the defendant, David Segal, Esq., and myself we respectfully make this joint request that the dates set in the Order of this Court dated January 29, 2008 be extended for two weeks.

    Specifically, we ask that the date to submit the joint case letter and case management plan be extended from 2/13/2008 to 2/27/2008 and that the status conference be adjourned from 2/21/2008 at 11:45 AM to 3/6/2008 at 11:45 AM., or a later time convenient to the Court.

    The parties are attempting to settle the matter through counsel and require additional time to complete negotiating. In addition the principal for the Defendant is traveling on business and will be out of town until the week of February 18th.

    This is the first time a request for an adjournment is requested. Thank you for considering this request.

Sincerely
*Paul E. Loomie*
Paul E. Loomie, Esq.

PEL/ms
cc: David F. Segal

*[Handwritten note:]* Conference adjourned to March 4, 2008 @ 4:30pm. Joint status letter and case management plan due 2/27 by noon.

**SO ORDERED**
Dated: 2/9/08
*[signed]* RICHARD J. SULLIVAN
U.S.D.J.