UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

l & Leung Handbags MFY, Ltd.,
                      Plaintiff,
-v-

Stone Mountain Accessories, Inc. et al,
                      Defendants.

Case No. 07-CV-010395(RJS)
ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    The parties are hereby ORDERED to appear for a status conference on **March 20, 2008** **at 4pm** in Courtroom **21C** of the United States District Court for the Southern District of New York, 500 Pearl Street, NYC.

SO ORDERED.
DATED:
New York, New York March 12, 2008

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08