UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

[STAMP: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/18/08]

**L & Leung Handbags MFY, Ltd.,**
                                        Plaintiff,

-v-

**Stone Mountain Accessories, Inc. et al,**
                                        Defendants.

Case No. 07-CV-010395(RJS)
AMENDED ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Maas for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _x_ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| ___ | Settlement* - | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | | | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED:   New York, New York
         March 17, 2008

                                        _____
                                        RICHARD J. SULLIVAN
                                        United States District Judge