UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

L & LEUNG HANDBAGS MFY, LTD.,          :

                Plaintiff,          :          **ORDER**

    - against -                             :          07 Civ. 10395 (FM)

STONE MOUNTAIN ACCESSORIES, INC.       :
and STONE MOUNTAIN ACCESSORIES,
INC., D/B/A/ STONE MOUNTAIN            :
HANDBAGS,
                                   :

                Defendants.
                                   :
-------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

       1.     All discovery shall be completed by June 30, 2008.

       2.     A further telephone conference shall be held on July 1, 2008, at 10 a.m.

       SO ORDERED.

Dated:     New York, New York
              March 31, 2008

                                                               FRANK MAAS
                                                 United States Magistrate Judge

Copies to:

Paul E. Loomie, Esq.
Fax: (212) 268-9605

David Segall, Esq./Kenneth Roy Schachter, Esq.
Silverberg Stonehill Goldsmith & Haber, P.C.
Fax: (212) 391-4556