USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

L & LEUNG HANDBAGS MFY, LTD.,                :

                Plaintiff,              :    **ORDER**

        - against -                   :    07 Civ. 10395 (FM)

STONE MOUNTAIN ACCESSORIES, INC.             :
and STONE MOUNTAIN ACCESSORIES,
INC., D/B/A/ STONE MOUNTAIN                  :
HANDBAGS,
                                          :

                Defendants.
                                          :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that a settlement conference shall be held on July 22, 2008, at 2:30 p.m. in

Courtroom 6A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

The parties are directed to comply with my settlement procedures, which are attached.

      SO ORDERED.

Dated:      New York, New York
             July 1, 2008

                                                        FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Paul E. Loomie, Esq.
Fax: (212) 268-9605

David Segall, Esq.
Silverberg Stonehill Goldsmith & Haber, P.C.
Fax: (212) 391-4556