UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

L & LEUNG HANDBAGS MFY, LTD.,              :

               Plaintiff,              :       **ORDER**

           - against -                      :       07 Civ. 10395 (FM)

STONE MOUNTAIN ACCESSORIES, INC.           :
and STONE MOUNTAIN ACCESSORIES,
INC., D/B/A/ STONE MOUNTAIN                :
HANDBAGS,
                                           :
              Defendants.
                                           :
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      The parties having settled the above-referenced matter, the Clerk of the Court is respectfully requested to close the case.

      SO ORDERED.

Dated:    New York, New York
            July 21, 2008

                                                FRANK MAAS
                                    United States Magistrate Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/21/08]

Copies to:

Paul E. Loomie, Esq.
Fax: (212) 268-9605

David Segall, Esq.
Silverberg Stonehill Goldsmith & Haber, P.C.
Fax: (212) 391-4556